



## MEMORANDUM OPINION

No. 04-12-00115-CR

Jose Trinidad **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12063
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice

Delivered and Filed:  May 30, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal pursuant to Texas Rule of Appellate

Procedure 42.2(a). We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH